IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| COLEMAN LEAKE JOHNSON, ) | |
|     Petitioner, ) | Civil Action No. 7:07-cv-00281 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Norman K. Moon |
|     Respondent. ) | United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED and ADJUDGED**

that the above referenced motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED** without prejudice as successive and this case is **STRICKEN** from the active docket of the court.

Johnson is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER**: This 5th day of June, 2007.

                                                                           United States District Judge